# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 19, 2011

No. 10-50448
Summary Calendar

Lyle W. Cayce
Clerk

THOMAS P. YOUNG

Petitioner-Appellant

v.

M. TRAVIS BRAGG, Warden,

Respondent-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:10-CV-138

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Thomas Patrick Young, federal prisoner # 15382-075, is serving a 180-month aggregate sentence for conspiracy to possess with intent to distribute a Schedule II controlled substance, money laundering, and being a felon in possession of a weapon. He appeals the dismissal of his 28 U.S.C. § 2241 petition challenging the regulations used by the Bureau of Prisons (BOP) to determine an inmate's eligibility date for transfer to a residential reentry center.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-50448

"This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). Young's appeal was rendered moot by his pre-release transfer to a residential reentry center, and we therefore lack jurisdiction to consider it. *In re Scruggs*, 392 F.3d 124, 128 (5th Cir. 2004). Young's motion to expedite the appeal is likewise DENIED as moot.

APPEAL DISMISSED; MOTION DENIED.